UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-cv-24165-BB

TYRONE DOTSON

    Plaintiff,

vs.

UNIVERSITY OF MIAMI

    Defendant
_____/

**STIPULATION FOR DISMISSAL *WITH PREJUDICE***

Plaintiff, TYRONE DOTSON ("Plaintiff"), and Defendant, UNIVERSITY OF MIAMI ("Defendant") (Plaintiff and Defendant are collectively, the "Parties"), by and through their respective undersigned attorneys and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate and agree to the dismissal of this action in its entirety *with prejudice,* with each party to bear its/his own attorney's fees, costs, and expenses.

Dated: January 17, 2024.

**BEHREN LAW FIRM**
Counsel for Plaintiff
1930 North Commerce Parkway, Suite 4
Weston, FL  33326
(954) 636-3802
Email:  scott@behrenlaw.com

By: */s/Scott M. Behren*
    SCOTT M. BEHREN
    Fla. Bar No. 987786

**HERNANDEZ LEE MARTINEZ, LLC**
Counsel for Defendant
14 NE 1st Avenue-Suite 1100
Miami, FL 33132
(305) 842-2100
eric@hlmlegal.com

By:/s/ Eric Hernandez
ERIC HERNANDEZ